Opinion issued July 14, 2011.



In The

Court of
Appeals

For The

First District
of Texas

                                                     ————————————

NO. 01-11-00456-CV

———————————

IN RE BOB BEnnett a/k/a robert s. bennett, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          In
this petition for writ of mandamus, relator Bob Bennett a/k/a Robert S. Bennett
seeks relief from the trial court’s December 2, 2010 and March 29, 2011
scheduling orders.[1]

 

The petition for writ of mandamus
is denied.  Any pending motions are
dismissed as moot.

PER CURIAM

Panel consists of Justices Keyes, Higley, and Massengale.

 











[1]
          The underlying cause is Kelly Coghlan and Coghlan & Assocs., et
al. v. Bob Bennett a/k/a Robert S. Bennett., No. 759593, in the County Civil
Court at Law No. 2 of Harris County, the Honorable Jacqueline Lucci Smith
presiding.